**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-2335**

———————

JERRY BLOW,

Plaintiff - Appellant,

versus

PHILIP MORRIS USA, INCORPORATED; BCTW&GM LOCAL
UNION 203-T,

Defendants - Appellees,

and

JAMES M HARKLESS, OSCAR B. GILES, JR.,

Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (CA-03-201)

———————

Submitted:  March 31, 2004          Decided:  April 19, 2004

———————

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry Blow, Appellant Pro Se.  Kimberlee W. DeWitt, HUNTON &
WILLIAMS, Richmond, Virginia; James J. Vergara, Jr., VERGARA &
ASSOCIATES, Hopewell, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Blow seeks to appeal the district court's order granting the Defendants' motions for summary judgment in his action under the Labor Management Relations Act, 29 U.S.C. § 185 (2000), in which he attacked an arbitrator's decision in favor of his former employer. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Blow v. Philip Morris USA, No. CA-03-201 (E.D. Va. Oct. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED